IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06mj82-SRW |
| | ) | |
| Kimberly Joyce Sellers | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for

a detention hearing for the above-captioned defendant.

1.      Eligibility of Cases

This case is eligible for a detention order because this case involves:

_____          Crime of violence (18 U.S.C. § 3156)

_____          Maximum sentence of life imprisonment or death

____X____          10 + year drug offense

_____          Felony, with two prior convictions in the above categories

____X____          Serious risk the defendant will flee

____X____          Serious risk of obstruction of justice

_____          Felony involving a minor victim

_____          Felony involving possession or use of a firearm or other destructive device
                    (as defined by 18 U.S.C. § 921) or any other dangerous weapon

_____          Failure to register a sex offender (18 U.S.C. § 2250)

2.  Reason For Detention

The Court should detain defendant because there are no conditions of release which will

reasonably assure:

     X                    Defendant's appearance as required

     X                    Safety of any other person and the community

3.    Rebuttable Presumption

The United States will invoke the rebuttable presumption against defendant under Section

3142(e).

     X                    Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

                        Previous conviction for "eligible" offense committed while on pretrial bond

                        A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.    Time For Detention Hearing

The United States requests the Court conduct the detention hearing:

                        At the initial appearance

     X                    After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional

grounds or presumption for detention should this be necessary.

Respectfully submitted this the 17 day of August, 2006.

                    LEURA G. CANARY
                    United States Attorney

                    /s/ K. David Cooke, Jr.
                    K. DAVID COOKE, JR.
                    Assistant United States Attorney
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    334.223.7280
                    334.223.7135 fax
                    david.cooke@usdoj.gov