IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | Case No.: 2:06-mj-082-SRW |
| ) | |
| **KIMBERLY JOYCE SELLERS** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Anne E. Borelli, and enters her appearance on behalf of Defendant, Kimberly Joyce Sellers, in the above-styled case.

Dated this 18th day of August 2006.

Respectfully submitted,

s/ Anne E. Borelli
ANNE E. BORELLI
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: anne_borelli@fd.org
AL Bar Code: BOR -016

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No.: 2:06-mj-082-SRW |
| ) | |
| **KIMBERLY JOYCE SELLERS** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David E. Cooke, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Anne E. Borelli
    ANNE E. BORELLI
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: anne_borelli@fd.org
    AL Bar Code: BOR -016