IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No.: 2:06-mj-082-SRW |
| ) | |
| **KIMBERLY JOYCE SELLERS** ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Leslie S. Smith, and enters her appearance on behalf of Defendant, Kimberly Joyce Sellers, in the above-styled case.

Dated this 18th day of August 2006.

Respectfully submitted,

s/Leslie S. Smith
**LESLIE S. SMITH**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
leslie_smith@fd.org
AL Bar Code: SMI162

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No.: 2:06-mj-082-SRW |
| ) | |
| **KIMBERLY JOYCE SELLERS** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David E. Cooke, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/Leslie S. Smith
**LESLIE S. SMITH**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
leslie_smith@fd.org
AL Bar Code: SMI162