**COURTROOM DEPUTY'S MINUTES**          **MIDDLE DISTRICT OF ALABAMA**

--------------------------------------------------------------------------------

❏ **INITIAL APPEARANCE**                 **DATE: August 22, 2006**
❏ **BOND HEARING**
√ **DETENTION HEARING**                  **Digital Recording 10:00 - 11:02**
❏ **PRELIMINARY (EXAMINATION)(HEARING)**
❏ **REMOVAL HEARING (R.40)**
❏ **ARRAIGNMENT**

--------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker**      **DEPUTY CLERK: Joyce Taylor**

**CASE NO. 2:06mj82-SRW**          **DEFENDANT NAME: Kimberly Joyce Sellers**

**AUSA: David Cook**                **DEFT. ATTY: Anne Borelli/Leslie Smith**

                          **Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√ ) FPD**

**USPO/USPTS: Tamara Martin**

**Interpreter needed: (  √ ) NO; (  )YES  Name:**

_____

| Time | Event |
|------|-------|
| 10:00 a.m. | Court convenes. |
| | Government ask for a few minutes to look over pretrial services report. |
| 10:04 a.m. | Attorney Borelli states that they have not received any discovery in this case. |
| | Testimony begins. |
| | Attorney Borelli's direct examination. (Sellers) |
| 10:06 a.m. | Government's cross examination. (Sellers) |
| 10:12 a.m. | Attorney Borelli's re-direct examination. (Sellers) |
| 10:13 a.m. | Attorney Borelli's direct examination. (Ross) |
| 10:15 a.m. | Court's questions to witness. (Ross) |
| 10:17 a.m. | Government's cross examination. (Ross) |
| 10:19 a.m. | Attorney Borelli's re-direct examination. (Ross) |
| 10:20 a.m. | Government's re-cross examination. (Ross) |
| | Court's questions to witness (Ross) |
| 10:21 a.m. | Attorney Borelli's further re-cross examination. (Ross) |
| 10:22 a.m. | Defendant rests. |
| | Government's direct examination. (Sharff) |
| 10:26 a.m. | Attorney Borelli's cross examination. (Sharff) |
| 10:30 a.m. | Government's redirect examination. (Sharff) |
| 10:31 a.m. | Attorney's Borelli's re-cross examination. (Sharff) |
| 10:32 a.m. | Government's further redirect examination. (Sharff) |
| 10:33 a.m. | Attorney Borelli's further re-cross examination. (Sharff) |
| | Court's questions to witness (Sharff) |
| 10:34 a.m. | Attorney Borelli's further re-cross examination. (Sharff) |

<u>CONTINUATION OF PROCEEDINGS:</u>

10:35 a.m.   Government's direct examination. (Grissett)

10:39 a.m.   Attorney Borelli's objection to Government's Exhibit 1 - Court overruled objection.
Government's continued direct examination (Grissett)

10:46 a.m.   Attorney Borelli's cross examination. (Grissett)

10:50 a.m.   Government's redirect examination. (Grissett)

10:52 a.m.   Attorney Borelli's re-cross examination. (Grissett)

10:54 a.m.   Court's questions to witness. (Grissett)

10:55 a.m.   Government rests.
Attorney Borelli's oral arguments.

10:59 a.m.   Government's oral arguments.

11:01 a.m.   Attorney Borelli's further oral arguments.

11:02 a.m.   Court will detain defendant and order that she be removed to Southern District of
Alabama for further proceedings.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA          *
                                  *
VS.                               *          2:06mj82-SRW
                                  *
KIMBERLY JOYCE SELLERS            *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
| --- | --- |
| 1. Thomas Sharff | 1. Danny Richard Sellers |
| 2. Ken Grissett | 2. Rena Ross |

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE                    DISTRICT OF                    ALABAMA

UNITED STATES OF AMERICA

V.

KIMBERLY JOYCE SELLERS

**DEFENDANT'S EXHIBIT LIST**

Case Number:  2:06mj82-SRW

| PRESIDING JUDGE SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY TERRY MOORER | DEFENDANT'S ATTORNEY ANNE BORELLI/MICHAEL PETERSEN |
|---|---|---|
| TRIAL DATE (S) AUGUST 22, 2006 | COURT REPORTER | COURTROOM DEPUTY JOYCE TAYLOR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 8/22/06 |  | Yes | Case action summary - Baldwin County |
|  | 2 | 8/22/06 |  | Yes | Case action summary - Baldwin County |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |

| UNITED STATES OF AMERICA | **GOVERNMENT'S EXHIBIT LIST** |
| V. | |
| KIMBERLY JOYCE SELLERS | Case Number:  2:06mj82-SRW |

| PRESIDING JUDGE<br>SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY<br>TERRY MOORER | DEFENDANT'S ATTORNEY<br>ANNE BORELLI/MICHAEL PETERSEN |
| TRIAL DATE (S)<br>AUGUST 22, 2006 | COURT REPORTER | COURTROOM DEPUTY<br>JOYCE TAYLOR |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/22/06 | | Yes | Copy of poem |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.